UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20651-CR-WILLAIMS

UNITED STATES OF AMERICA

vs.

TOMAS VALE VALDIVIA,

        Defendant.
_____/

## FACTUAL PROFFER

      The United States of America and the Defendant, Tomas Vale Valdivia, a/k/a "Tomas Velez Valdivia," a/k/a "Tomasito" ("Defendant"), through counsel, hereby stipulate and agree that had this case proceeded to trial, the United States would have proved beyond a reasonable doubt that the Defendant did knowingly and willfully conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence was and would be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I), and further that this occurred in Miami-Dade County in the Southern District of Florida, and elsewhere, based upon the following facts:

      Beginning at least as early as October 2013, and continuing through at least July 2018, a group of individuals, including **TOMAS VALE VALDIVIA** and additional unnamed associates, were members or associates of an alien smuggling conspiracy (hereinafter the "Conspiracy")

operating in Miami, Florida, Cuba, Mexico, the Dominican Republic, and Haiti. The parties agree that **TOMAS VALE VALDIVIA** was the leader or organizer of the Conspiracy, which involved five or more participants.

The parties agree that **TOMAS VALE VALDIVIA** directly and through the foreseeable actions of Conspiracy members smuggled in excess of 100 migrants. These migrants were smuggled from Cuba to Mexico and then ultimately to the border of the United States. Generally, the migrants were charged approximately $10,000. **TOMAS VALE VALDIVIA** knew that the migrants coming to, entry, and residence in the United States was in violation of law.

The parties agree that **TOMAS VALE VALDIVIA** directly and through the foreseeable actions of Conspiracy members at times smuggled migrants in a manner that intentionally or recklessly created a substantial risk of death or serious bodily injury to another person. For example, the parties agree that at times vessels used to smuggled migrants were overloaded or were used during foul weather so as to risk capsizing.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/12/19    By: _____
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 11/12/19    By: _____
JOAQUIN G. PEREZ, ESQ.
ATTORNEY FOR DEFENDANT

Date: 11/12/19    By: _____
TOMAS VALE VALDIVIA
DEFENDANT