**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:19-CR-20651- WILLIAMS**

**UNITED STATES OF AMERICA**
    *Plaintiff,*

v.

**TOMAS VALE VALDIVIA**
    *Defendant.*
_____/

## NOTICE OF FILING LETTERS IN AID OF SENTENCING

Defendant, Tomas Vale Valdivia, by and through the undersigned counsel, respectfully submits the following letters for the Court's consideration in advance of his sentencing on January 28, 2020.

Respectfully submitted,

*/s/* Joaquin Perez
_____
JOAQUIN PEREZ, ESQ.
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
FL. Bar No. 335339
jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 27th day of January, 2020 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*

Joaquin Perez, Esq.



Benito Juarez, Cancún, Q. Roo; Enero 20 de 2020

**TO WHOM IT MAY CONCERN:**

Who subscribes C. René Ferrandez, General Manager of the company HOLBOX TRAVEL SA DE CV, by this means I note that:

Mr *TOMAS VALE VALDIVIA*, was one of our Tourism Service Providers, operating trips to swim with whale sharks, in the Cancun and Isla Mujeres area, State of Quintana Roo, Mexico, during the sighting seasons 2016, 2017 and 2018 from 20 May to 17 September each year and from 20 May to 18 June 2019. It is important to mention that this person always acted in a fulfilled, serious and honest way, his attitude was always positive, kind and always willing to collaborate to create a good working environment between us the company, the staff and the tourists we serve, both national and foreign.

In view of the above, I would like to recommend this person, who, both personally and professionally, showed an irreproachable attitude.

For the legal purposes to which this takes place, I extend this to the twenty days of the month of January 2020.

**YOURS TRULY.**

**C. RENE FERRANDEZ**
+529987348442
www.holboxtravel.com

Holbox Travel SA de CV, Av. Tiburón Ballena s/n, Isla Holbox, Q. Roo.Tel Fax 984 87 524 35
holboxtravel@prodigy.net.mx; reneferrandez@prodigy.net.mx

Madam Judge:

I, Adalsi Santos Marquez, wife of Tomas Vale Valdivia, ask you to please, in my name and in our little boy of 7 years old, consider us when sentencing my husband because we have 12 years of marriage and I really need his presence at home. He has always been a good husband, good father, good son, good brother, and a great partner and friend. Above all, my boy and his girl from his previous marriage need so much from him. I recognize that as a human being he has made mistakes, which he is sorry for and for which I hope he will be given an opportunity to amend them so that he can return with his family, which is the greatest thing one has in life, especially children and we had never separated so long.

I can promise you that when my husband is released from prison he will never do any illegal activities again because all of the family will support him and make sure he is on the right path. I understand that he needs to spend time in prison for the illegal things he has done, but I kindly ask you Madam Judge, to be lenient and thank you for dedicating time to read my letter.

Thank you,

ADALSI SANTOS MARQUEZ

2511 23 RS ST SW

LEHIGH ACRES

PHONE 239-222-9925