UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:19-CR- 20651-WILLIAMS

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.

TOMAS VALE VALDIVIA,

       *Defendant*.

_____/

## OBJECTIONS AND CLARIFICATIONS TO PRE-SENTENCE INVESTIGATION REPORT "PSIR"

Defendant, Tomas Vale Valdivia ("Mr. Valdivia" or "Defendant"), files the following

objections and clarifications to Paragraphs 15, 26, and 30 of the Pre- Sentence Investigation

Report ("PSIR").  In support thereof, Defendant would state as follows:

## I.  OBJECTIONS TO THE FACTUAL RECITATION OF ¶ 26

**¶ 26**: *"On or about July 22, 2018, Migrant 3 had a discussion with **Vale Valdivia** where **Vale Valdivia** advised Migrant 3 that **Vale Valdivia** had an argument with U.H.M. the day before and U.H.M had taken custody of Player 2 and Player 3 and taken them away from **Vale Valdivia** (L. 6-9)…………..This conversation between **Vale Valdivia** and Migrant 3 was audio recorded. "* (L.14-15).

The government provided a recorded conversation involving Migrant 3, Mr. Valdivia,

and other individuals which reflects no argument between U.M.H and Mr. Valdivia.  (See

TVV_VALDIVIA00018.MP3.)  The only argument between Mr. Valdivia and U.H.M is

reflected in another audio recording dated August 8, 2019, where Player 2 was questioned by the

law enforcement agents at the U.S. Embassy in the Dominican Republic.  (See 190808_0834_

VALDIVIA04319.mp3.) There, Player 2, recalls a discussion between U.H.M and Mr. Valdivia.

The argument transpired because U.H.M was physically abusing Migrant 3 (U.H.M's girlfriend

at the time) and Mr. Valdivia interfered to prevent U.H.M from harming her.   The government's

inference that the argument was caused by U.H.M taking custody of Player 2 and Player 3 is

misleading and unsupported by the recordings provided in discovery.

The government has agreed to delete this initial paragraph and substitute it for the

following:

**"On or about July 22, 2018, Migrant 3 had a discussion with Vale Valdivia after U.H.M., Player 2, and Player 3 disappeared and failed to return home to Isla Mujeres, where Vale Valdivia told Migrant 3 that U.H.M owed him money for smuggling the baseball players to Mexico, including $4,000 for rent, and money owed to the captain."**

## II.   CLARIFICATIONS TO ¶ 15 AND ¶ 30 OF THE PSIR

**¶ 15**: *"In Cancun, Mexico, it was explained to Migrant #1 and Migrant #2, that as payment for being smuggled out of Cuba, Migrant #2 would be required to pay 20% of his first contract with a Major League Baseball (MLB) franchise. The understanding was that 10% of this amount would go to Ferrer Sanchez and 10% would go to **Vale Valdivia.**"*

The majority of the 20% that was negotiated from the baseball player's MLB contract

was received by George Ferrer Sanchez, and **not** Vale Valdivia.  Mr. Valdivia received an

estimated $20,000.00 from the Player's contract, and the remainder of the money from the MLB

contract was received by George Ferrer Sanchez.

**¶ 30**: *"These engines were then used by **Vale Valdivia** in Mexico in order to conduct his alien smuggling conspiracy. Based upon the records seized by law enforcement, over four hundred stolen engines were shipped from Miami to associates of **Vale Valdivia** in Mexico from approximately 2015 through at least 2017, with an approximate loss amount of over five million dollars."*

The loss amount of over five million dollars in stolen engines is not entirely attributable

to Mr. Valdivia and is unsupported by the discovery provided in this case.  The evidence

provided tends to show that there were other individuals involved in engine smuggling that were

not direct associates of Mr. Valdivia.

WHEREFORE, Defendant prays that the follow objections and clarifications be made to the Pre- Sentence Investigation Report.

Respectfully submitted,

/s/ *Joaquin Perez*

_____

JOAQUIN PEREZ, ESQ.
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
FL Bar No. 335339
Jplaw1@bellsouth.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 27th day of January, 2020 VIA CM/ ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*

_____

Joaquin Perez, Esq.